UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAUL A. ROMERO,

      Plaintiff,

      v.

COUNTY LUZERNE,

      Defendant.

CIVIL ACTION NO. 3:26-cv-00229

(SAPORITO, J.)

## MEMORANDUM

This civil action commenced with the lodging of a *pro se* complaint by the plaintiff, Raul A. Romero, on February 2, 2026, with the clerk. Doc. 1. Together with the complaint, Romero submitted an application for leave to proceed *in forma pauperis* in this action. Doc. 2.

The motion papers, however, were incomplete. On February 5, 2026, the plaintiff's application for leave to proceed *in forma pauperis* was denied, and he was instructed either to pay the requisite $405 filing and administrative fees or to file a *complete* application to proceed *in forma pauperis* within thirty days. Doc. 4. On March 18, 2026, the court granted the plaintiff a second 30-day period in which to either pay the requisite fees or to submit a complete application for leave to proceed *in forma pauperis*. Doc. 5.

Now, well more than thirty days later, the plaintiff has neither submitted a properly completed application to proceed *in forma pauperis* nor paid the required $405 filing and administrative fees to the clerk of court. Accordingly, this action will be dismissed without prejudice for failure to pay the requisite filing and administrative fees, and the clerk will be directed to administratively close this case. *See Lindsey v. Roman*, 408 Fed. App'x 530, 532–33 (3d Cir. 2010) (per curiam); *Parker v. Harrisburg City*, Civil No. 1:17-CV-00653, 2017 WL 3015880, at *2 (M.D. Pa. June 7, 2017), *report and recommendation adopted by* 2017 WL 3008583 (M.D. Pa. July 14, 2017).

An appropriate order follows.

Dated: May 7, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge