UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAUL A. ROMERO,

    Plaintiff,

    v.

COUNTY LUZERNE,

    Defendant.

CIVIL ACTION NO. 3:26-cv-00229

(SAPORITO, J.)

## ORDER

AND NOW, this 7th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    This action is **DISMISSED without prejudice** for failure to pay the requisite filing and administrative fees; and

    2.    The clerk is directed to mark this case as **CLOSED**.

              *s/Joseph F. Saporito, Jr.*
              JOSEPH F. SAPORITO, JR.
              United States District Judge